UNITED STATES, Appellee

v

ISAIAH REDD, Private First Class,
U. S. Army, Appellant

17 USCMA 444, 38 CMR 242

No. 20,829

March 22, 1968

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Major David J. Passamaneck* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain James P. Mercurio* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

We granted review in this case to consider the same instructional issue then pending undetermined in United States v Ferguson, 17 USCMA 441, 38 CMR 239. For the reasons set out in our opinion in the *Ferguson* case, we hold there was no error and we affirm the decision of the board of review.